Order entered November 7, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00321-CV

---

### MITTIE FLEMING DBA, Appellant

### V.

### SUBWAY RESTAURANT, 1309 MAIN ST, LLC AND BASCOM GROUP, LLC, Appellees

---

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-00683

---

## ORDER

This is an appeal from the trial court's order of dismissal for want of prosecution. By order entered August 25, 2014, we noted that no reporter's record existed in this case and ordered appellant to file her brief by September 22, 2014. On August 28, 2014, appellant, who is pro se, filed a motion complaining of the lack of a reporter's record and requesting, in part, that we "sanction" the trial court for "failing to file the reporter's record." Because no hearings were held before the trial court, we denied the motion. Appellant has now filed a "jurisdictional motion to resolve this matter of factual dispute and default judgment with damages." In this motion, appellant complains of appellees' failure to file a brief and again requests we "sanction"

the trial court for not making a record. She also asks the Court to grant a "Default Judgment with Damages," which we construe as a request to expedite submission of this appeal.

We note that appellant tendered her brief to the Court on September 19, 2014. The brief was deficient, however, and by letter dated October 6, 2014, we directed appellant to file an amended brief that complies with rule 38 of the Texas Rules of Appellate Procedure. To date, however, appellant has not complied. Without appellant's brief, no issues are before the Court and no brief is due from appellees. *See* TEX. R. APP. P. 38.1, 38.6.

In light of our previous orders and the state of this appeal, we **DENY** appellant's "jurisdictional motion." We **ORDER** appellant to file her amended brief, as per our October 6th letter, a copy of which is attached, no later than December 8, 2014. We caution appellant that failure to comply may result in dismissal of the appeal without further notice.


/s/    ADA BROWN
          JUSTICE